CHARLES R. STEVENSON, Appellant, *v.* JARVIS S. HICKS, as Executor of JAMES A. STEVENSON, Deceased, et al., Respondents.

*Stevenson* v. *Stevenson*, 144 App. Div. 900, affirmed.
(Argued February 14, 1913; decided March 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 2, 1911, modifying and affirming as modified a judgment in favor of defendants entered upon the report of a referee in an action for a partnership accounting.

*Willard N. Baylis* for appellant.

*Clarence Edwards* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.

---

UNITED STATES WOOD PRESERVING COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*U. S. Wood Preserving Co.* v. *City of New York*, 138 App. Div. 841, affirmed.
(Argued February 14, 1913; decided March 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1910, upon an order reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for labor performed and materials furnished.

*John J. Cunneen* and *William W. Niles* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.